**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| Ricky Wood,<br><br>*On behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>Hut American Group LLC; Flynn Restaurant Group LP; Jeremy Biser; Greg Flynn; Ron Bellamy; Doe Corporation 1-10; and John Doe 1-10<br><br>Defendants. | Case No. 2:22-CV-00110-TRM-CRW |

**DEFENDANTS' MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendants Hut American Group LLC, Flynn Restaurant Group LP, Jeremy Biser, Greg Flynn, and Ron Bellamy, by and through their attorneys and pursuant to Local Rule 7.1, move to compel arbitration of Plaintiff Ricky Wood's claims. In the alternative, if arbitration is not compelled, Biser and Flynn move to dismiss Wood's claims under Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction. The reasons for the Motion are set forth in detail in Defendants' Memorandum of Law, which is filed contemporaneously herewith.

Respectfully submitted this 4th day of November 2022,

By: /s/ *James J. Swartz, Jr.*

James J. Swartz, Jr. (TN BPR #034873)
jswartz@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, NE
Suite 2500
Atlanta, GA 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Christen C. Blackburn (TN BPR #27104)
CBlackburn@lewisthomason.com
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Telephone: (615) 574-6732
Facsimile: (615) 259-1389

*Attorneys for Defendants Hut American Group LLC, Flynn Restaurant Group LP, Jeremy Biser, Greg Flynn, and Ron Bellamy*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| Ricky Wood,<br><br>*On behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>Hut American Group LLC; Flynn Restaurant Group LP; Jeremy Biser; Greg Flynn; Ron Bellamy; Doe Corporation 1-10; and John Doe 1-10<br><br>Defendants. | Case No. 2:22-CV-00110-TRM-CRW |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on November 4, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

By: *<u>/s/ James J. Swartz, Jr.</u>*
James J. Swartz, Jr.