**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| Ricky Wood,<br><br>*On behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>Hut American Group LLC; Flynn Restaurant Group LP; Jeremy Biser; Greg Flynn; Ron Bellamy; Doe Corporation 1-10; and John Doe 1-10<br><br>Defendants. | Case No. 2:22-CV-00110-TRM-CRW |

## DECLARATION OF JEREMY BISER

1.

My name is Jeremy Biser. I was first employed by Hut American Group LLC ("Hut American") in July 2021. At that time, I became the Vice President of Strategy and Ops Services for Hut American. I held that role until I became the Brand President for Hut American in June 2022. I have personal knowledge of the facts set forth in this Declaration, and am of competent mind and age to give this Declaration.

2.

I am not domiciled in Tennessee. I do not reside in Tennessee, I do not have property in Tennessee, and I do not regularly travel to Tennessee.

3.

I have not, at any point, had a personal or active role in determining or implementing Hut American's pay policies or practices, including reimbursement policies or practices, applicable to Hut American's pizza delivery drivers in Tennessee.

I declare under penalty of perjury that the foregoing is true and correct. Executed pursuant to 28 U.S.C. § 1746 on November 3, 2022.

Jeremy Biser