**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| Ricky Wood,<br><br>*On behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>Hut American Group LLC; Flynn Restaurant Group LP; Jeremy Biser; Greg Flynn; Ron Bellamy; Doe Corporation 1-10; and John Doe 1-10<br><br>Defendants. | Case No. 2:22-CV-00110-TRM-CRW |

# DECLARATION OF GREG FLYNN

1.

My name is Greg Flynn. I am the Founder and CEO of Flynn Restaurant Group LP ("Flynn Restaurant Group"). I have personal knowledge of the facts set forth in this Declaration, and am of competent mind and age to give this Declaration.

2.

I am not domiciled in Tennessee. I do not reside in Tennessee, I do not have property in Tennessee, and I do not regularly travel to Tennessee.

3.

I have not, at any point, had a personal or active role in determining or implementing Hut American's pay policies or practices, including reimbursement policies or practices, applicable to Hut American's pizza delivery drivers in Tennessee. In my role, I did not set up or implement any of Hut American's pay or reimbursement policies, and I have and have had no day-to-day supervisory duties over the pay decisions of Flynn Restaurant Group's subsidiaries.

I declare under penalty of perjury that the foregoing is true and correct. Executed pursuant to 28 U.S.C. § 1746 on November 3, 2022.

Greg Flynn