UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| RICKY WOOD, on behalf of himself and those similarly situated, | ) ) ) | Case No. 2:22-cv-110 |
| Plaintiff, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Cynthia R. Wyrick |
| HUT AMERICAN GROUP, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**JUDGMENT ORDER**

Before the Court is Defendants' motion to compel arbitration (Doc. 17), and the parties' joint motion to stay proceedings pending arbitration (Doc. 19). In the motion to stay pending arbitration, the parties represent that "Defendants have produced an arbitration agreement allegedly signed by Plaintiff," and that "Plaintiff does not intend to dispute the validity of that agreement." (*Id.* at 1.) On November 14, 2022, the Court put the parties on notice that, because the parties agreed to arbitrate all of Plaintiff's claims, it intended to dismiss this action without prejudice and direct the parties to proceed to arbitration. (Doc. 20.) The Court also ordered the parties to notify it if any party objected to this course of action on or before November 21, 2022. (*Id.*) None of the parties notified the Court of any objections. Accordingly, Defendants' motion to compel arbitration (Doc. 17) is **GRANTED**, and the parties' joint motion to stay pending arbitration (Doc. 19) is **DENIED**. This action is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT